UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In Re: | : Chapter 13 |
| Stephanie A. Walinsky | : |
| Richard J. Walinsky | : Case No. 17-17575-MDC |
| Debtors, | : |
| U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust | : |
| Movant, | : |
| v. | : Hearing: March 3, 2020 at 10:30 a.m. |
| | : Courtroom # 2 |
| Stephanie A. Walinsky | : |
| Richard J. Walinsky | : |
| Debtors, and | : |
| William C. Miller, Esquire Trustee, | : 11 U.S.C. §362(d) |
| Respondents. | : |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS matter being opened to the Court by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorney for the secured creditor, U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, (hereinafter "Movant"), upon a Motion for Relief from the Automatic Stay as to Real Property, more commonly known as 20 Saratoga Court, Holland, PA 18966; and Carol B. McCullough, Esquire appearing on behalf of Debtors, Stephanie A. Walinsky and Richard J. Walinsky, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. As of February 5, 2020, the post-petition arrears were $10,568.32 – which represents payments of $2,642.08 each due November 1, 2019, December 1, 2019, January 1, 2020 and February 1, 2020.

2. The debtors shall make a payment to Movant in the amount of $10,568.32 by February 26, 2020.

3. The debtors agree to reimburse the Movant for its attorney fees ($850.00) and costs ($181.00) for prosecution of the within Motion.

4. The debtors shall reimburse Movant for the attorney fees and costs of $1,031.00, by adding $171.84 to the regular monthly payments each due March 1, 2020 through July 1, 2020, and a final cure payment of $171.80 due August 1, 2020.

5. The debtors will resume regular monthly payments to Movant starting with the September 1, 2020 payment, and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtors shall remit payments directly to Movant as same come due.

6. If the Debtors fail to make any of the payments stated herein within 14 days of its due date, then counsel for the Movant may send Debtors and Debtors' attorney a notice of default, and the Debtors shall have 14 days from the date of the notice to cure said default. If the default is not cured timely cured, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay, as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within Stipulation.*

__/s/Brian E. Caine__
Brian E. Caine, Esquire
Parker McCay P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, NJ 08054
(856) 985-4059
bcaine@parkermccay.com

Carol B. McCullough, Esquire
McCullough Eisenberg, LLC
65 W. Street Road. Suite A-204
Warminister, PA 18974
(215) 957-6411
mcculloughcisenberg@gmail.com

Concurrence by the Chapter 13 Trustee     2/27/2020

It is hereby **ORDERED**, that the foregoing Stipulation is approved, shall be, and is made and Order of this Court.

Date: March 11, 2020

Chief Judge Magdeline D. Coleman
U.S. Bankruptcy Court